JOHN W. HUBER, United States Attorney (#7226)
VERNON STEJSKAL, Assistant United States Attorney (#8434)
AARON W. FLATER, Assistant United States Attorney (#9458)
Attorneys for the United States of America
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111
Telephone: (801) 524-5682
Email: aaron.flater@usdoj.gov

FILED
U.S. DISTRICT COURT

2017 SEP 20  P 3: 33

DISTRICT OF UTAH

**SEALED**

BY: 
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| UNITED STATES OF AMERICA, Plaintiff, vs. MIGUEL NAVARRO-OROZCO, CLAUDIO CAMARGO, ROGELIO CAMARGO, and ZORAYA OLAGUE-PINEDA, Defendants. | INDICTMENT<br><br>VIOLATION<br><br>Count 1: 21 U.S.C. § 841(a)(1) and § 846 Conspiracy to Distribute Heroin.<br><br>Case: 2:17-cr-00552<br>Assigned: Sam, David<br>Assign. Date : 9/20/2017<br>Description: USA v. |
|---|---|

The Grand Jury Charges:

## COUNT 1
21 U.S.C. § 841(a)(1) & 21 U.S.C. § 846
(Conspiracy to Distribute Heroin)

Beginning at a date unknown, but no later than April 21, 2016 and continuing at

least until February 28, 2017 in the Central Division of the District of Utah,

MIGUEL NAVARRO-OROZCO, CLAUDIO CAMARGO,

ROGELIO CAMARGO, and ZORAYA OLAGUE-PINEDA,

defendants herein, did knowingly and intentionally combine, conspire, confederate, and agree with others known and unknown to distribute one kilogram or more of a mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance within the meaning of 21 U.S.C. § 812; all in violation of 21 U.S.C. § 841(a)(1) and 21 U.S.C. §846, and punishable pursuant to 21 U.S.C. § 841(b)(1)(A).

A TRUE BILL:

/s/
FOREPERSON OF GRAND JURY

JOHN W. HUBER
United States Attorney

VERNON STEJSKAL
Assistant United States Attorney